# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:19-CR-75-14 |
| | ) | |
| JOHNNY TACKETT | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (3) accept Defendant's plea of guilty to the lesser included offense in Count One, that is, of conspiracy to distribute and possession with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B); (4) adjudicate Defendant guilty of the lesser included offense in Count One of the Indictment; and (5) find that Defendant shall remain on supervised release pending sentencing in this matter. (Doc. 342.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 342) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1

(1)     As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(3)     Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, that is, of conspiracy to distribute and possession with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B), is **ACCEPTED**;

(4)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense set forth in Count One of the Indictment, that is, that is, of conspiracy to distribute and possession with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B);

(5)     Defendant **SHALL REMAIN** on supervised release until sentencing in this matter, which is scheduled to take place on **March 2, 2021 at 10:00 a.m. in Knoxville** before the Honorable Harry S. Mattice, Senior United States District Judge.

**SO ORDERED.**

/s/      *Harry S. Mattice Jr.* _____
**HARRY S. MATTICE, JR**
**SENIOR UNITED STATES DISTRICT JUDGE**
**November 4, 2020**